**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ACEROS Y LAMINADOS SIGOSA , S.A. DE C.V., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. B-04-031 |
| | : | |
| DUFERCO S.A. and DUFERCO STEEL, INC., | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION TO COMPEL ARBITRATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW DUFERCO S.A. and DUFERCO STEEL, INC., defendants in the above entitled and numbered cause, and file this their Motion to Compel Arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq. and the Convention On the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. §§ 201, et seq., and in support thereof would show the Court as follows:

1.     This action arises out of a written contract of sale dated March 20, 2002 between defendant Duferco S.A. as seller and plaintiff Aceros Y Laminados Sigosa S.A. De C.V. as buyer. Section 15 of that contract contained a standard ICC arbitration clause as more fully set out in the contract and in Defendants' Memorandum of Law in Support of Motion to Compel Arbitration, wherein Plaintiff agreed in writing to arbitrate this dispute. Arbitration of the claims asserted by plaintiff against defendants is mandated by the language of the contract, the provisions of the Convention, and strong public policy in favor of arbitration.

2.     This action is arbitrable, and no legal constraint renders the claim nonarbitrable.

3.      Defendants request that the motion to compel arbitration be granted, and that plaintiff be required to pursue any claims it alleges against these defendants before the International Chamber of Commerce in Geneva, Switzerland in accordance with the ICC Rules and as required by the Agreement to Arbitrate.

WHEREFORE, Defendants pray that upon final trial and hearing hereof, the Court grant its motion to compel arbitration, and for such other and further relief, legal or equitable, general or special, to which they may show themselves justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By:    _Norton A. Colvin_
        Norton A. Colvin, Jr. *by permission*
        Attorney-in-Charge
        State Bar No. 04632100
        Southern Admissions No. 1941
        1201 East Van Buren
        Post Office Box 2155
        Brownsville, Texas 78522
        (956) 542-7441
        Fax (956) 541-2170

and

Robert P. Stein
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022-4834
(212) 801-2100
Fax (212) 688-2449

Attorneys for Defendants

## CERTIFICATE OF CONFERENCE

On February 23, 2004, counsel for Defendants conferred with counsel for Plaintiff by telephone, who is opposed to this motion.

_____
Norton A. Colvin, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

> David C. Garza
> Garza & Garza, LLP
> 680 East St. Charles, Suite 300
> Post Office Box 2025
> Brownsville, Texas 78522-2025
> Attorneys for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Federal Rules of Civil Procedure, on this the 26th day of February, 2004.

_____
Norton A. Colvin, Jr.