IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ACEROS Y LAMINADOS SIGOSA,<br>S.A. DE C.V., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. B-04-031 |
| | : | |
| DUFERCO S.A. and DUFERCO STEEL,<br>INC., | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COME NOW DUFERCO S.A. and DUFERCO STEEL, INC., Defendants herein, and file this Certificate of Financially Interested Persons and state that each defendant is a privately held corporation. At this time, Defendants are unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than Plaintiff and Defendants.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Norton A. Colvin, Jr.
Attorney-in-Charge
State Bar No. 04632100
Southern Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

and

Robert P. Stein
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022-4834
(212) 801-2100
Fax (212) 688-2449

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

David C. Garza
Garza & Garza, LLP
680 East St. Charles, Suite 300
Post Office Box 2025
Brownsville, Texas 78522-2025
Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the ____ day of March, 2004.

_____
Norton A. Colvin, Jr.