United States District Court
Southern District of Texas
FILED

MAR 0 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ACEROS Y LAMINADOS SIGOSA, S.A. DE C.V., | : | |
| Plaintiff, | : | Civil Action No. B-04-031 |
| DUFERCO S.A. and DUFERCO STEEL, INC., | : | |
| Defendants. | : | |

## UNOPPOSED MOTION OF ROBERT P. STEIN
## FOR LEAVE TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Local Rules of the United States District Court for the Southern District of Texas, ROBERT P. STEIN, co-counsel for Defendants DUFERCO S.A. and DUFERCO STEEL, INC., respectfully moves the Court for leave to appear *pro hac vice* on behalf of Duferco S.A. and Duferco Steel, Inc. in this action, and in support thereof would respectfully show the Court the following:

1. Robert P. Stein is a licensed attorney with the law firm of :

   Greenberg Traurig, LLP
   885 Third Avenue
   New York, New York 10022-4834
   (212) 801-2100
   Fax (212) 688-2449.

2. Mr. Stein holds a law degree from New York University and is a member in good standing of the Bar of the State of New York. He is admitted to practice in the United States District Court for the Southern and Eastern Districts of New York, the Courts of Appeal for the Second, Fourth, Fifth, and Ninth Circuits, and the United States Supreme Court, and is a member in good standing in those courts.

3. Mr. Stein has read and is familiar with the local rules for the Southern District of Texas and agrees to act in conformity with such rules in all appearances before this Honorable Court.

4. Mr. Stein is sponsored in this *pro hac vice* motion by Norton A. Colvin, Jr., who is admitted to practice in the Southern District of Texas. Mr. Colvin's federal ID number in the Southern District is 1941. He is also counsel of record for Duferco S.A. and Duferco Steel, Inc. in the above-styled and numbered cause.

WHEREFORE, Robert P. Stein respectfully moves for leave to appear before the Court in the above-styled and numbered action for the purpose of representing the interests of Duferco S.A. and Duferco Steel, Inc.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: ___*Robert P Stein*___
Robert P. Stein  *w/ permission McFatall*
885 Third Avenue
New York, New York 10022-4834  SBOT 04631400
(212) 801-2100                   SDA 3483
Fax (212) 688-2449


RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: ___*Norton A Colvin*___
Norton A. Colvin, Jr.  *w/ permission McFatall*
Attorney-in-Charge
State Bar No. 04632100            SBOT 04631400
Southern Admissions No. 1941      SDA 3483
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

Attorneys for Defendants

2

3. Mr. Stein has read and is familiar with the local rules for the Southern District of Texas and agrees to act in conformity with such rules in all appearances before this Honorable Court.

4. Mr. Stein is sponsored in this *pro hac vice* motion by Norton A. Colvin, Jr., who is admitted to practice in the Southern District of Texas. Mr. Colvin's federal ID number in the Southern District is 1941. He is also counsel of record for Duferco S.A. and Duferco Steel, Inc. in the above-styled and numbered cause.

WHEREFORE, Robert P. Stein respectfully moves for leave to appear before the Court in the above-styled and numbered action for the purpose of representing the interests of Duferco S.A. and Duferco Steel, Inc.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____
Robert P. Stein
885 Third Avenue
New York, New York 10022-4834
(212) 801-2100
Fax (212) 688-2449

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Norton A. Colvin, Jr.
Attorney-in-Charge
State Bar No. 04632100
Southern Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

Attorneys for Defendants

## CERTIFICATE OF CONFERENCE

On March 2, 2004, counsel for Defendants conferred by telephone with counsel for Plaintiff, who is not opposed to this motion.

                                                Norton A. Colvin, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Unopposed Motion of Robert P. Stein to Appear Pro Hac Vice was served upon all counsel of record, to-wit:

> David C. Garza
> Garza & Garza, LLP
> 680 East St. Charles, Suite 300
> Post Office Box 2025
> Brownsville, Texas 78522-2025
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 2nd day of March, 2004.

                                                Norton A. Colvin, Jr.