IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ACEROS Y LAMINADOS SIGOSA, S.A. DE C.V.<br><br>Plaintiff<br><br>vs.<br><br>DUFERCO S. A. AND DUFERCO STEEL, INC.<br><br>Defendants | § § § § § § § § § § § | CIVIL ACTION NO. B-04-031<br>(Assigned to Hon. Hilda G. Tagle) |

### PLAINTIFF ACEROS Y LAMINADOS SIGOSA, S.A. DE C.V.
### CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties, which was received by fax by Plaintiff's attorney on February 23, 2004, Plaintiff ACEROS Y LAMINADOS SIGOSA, S. A. DE C. V., files this disclosure of interested parties as follows:

### PLAINTIFF ACEROS Y LAMINADOS SIGOSA, S.A. DE C.V.

1 -   Aceros y Laminados Sigosa, S. A. de C. V., a Mexican corporation.

2 -   Industrias CH, S. A. de C. V., a Mexican corporation, the parent corporation of the Plaintiff

3 -   David C. Garza
      Garza & Garza LLP
      Attorney for Plaintiff
      Brownsville, Texas

### DEFENDANT DUFERCO S. A. AND DUFERCO STEEL, INC.

PLAINTIFF ACEROS Y LAMINADOS SIGOSA, S. A. DE C. V.
CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES
c:\dcg\cf\Sigosa\Cert-Disclosure-Parties

Page 1

1 -   Duferco S. A., a Swiss corporation

2 -   Duferco Steel, Inc., a Delaware corporation

3 -   Norton A. Colvin, Jr.
      RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP
      Brownsville, Texas
      Attorney for Defendants

4 -   Robert P. Stein
      GREENBERG TRAURIG, LLP
      New York, New York
      Attorney for Defendants

Respectfully Submitted,
**ACEROS Y LAMINADOS SIGOSA, S. A. DE C. V., Plaintiff**

By: _____
David C. Garza
Texas State Bar ID No. 0731400
Federal Admission No. 3778
GARZA & GARZA, L.L.P.
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, Texas 78522-2025
Telephone: (956) 541-4914
Facsimile: (956) 542-7403

Attorney-In-Charge for Plaintiff
**ACEROS Y LAMINADOS SIGOSA, S. A. DE C. V.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **PLAINTIFF ACEROS Y LAMINADOS SIGOSA S. A. DE C. V.'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** was served on the following counsel of record, as follows on March 4th, 2004.

| | |
|---|---|
| Norton A. Colvin, Jr.<br>Rodriguez, Colvin, Chaney & Saenz, LLP<br>P.O. Box 2155<br>Brownsville, Texas 78522 | Via Certified Mail/RRR<br>No. 7003 0500 0003 2609 6818 |
| Robert P. Stein<br>Greenberg Traurig, LLP<br>885 Third Avenue<br>New York, New York 10022-4834 | Via Certified Mail/RRR<br>No. 7003 0500 0003 2609 6825 |

_____
DAVID C. GARZA