IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ACEROS Y LAMINADOS SIGOSA, S.A. DE C.V., | : : : : | |
| Plaintiff, | : : | Civil Action No. B-04-031 |
| DUFERCO S.A. and DUFERCO STEEL, INC., | : : : | |
| Defendants. | : : | |

### ORDER GRANTING UNOPPOSED MOTION OF ROBERT P. STEIN FOR LEAVE TO APPEAR PRO HAC VICE

Came on this day for consideration by the Court the Unopposed Motion of Robert P. Stein for Leave to Appear Pro Hac Vice in this action on behalf of Duferco S.A. and Duferco Steel, Inc. The Court finds that said motion should be granted.

Accordingly, it is hereby **ORDERED** that Robert P. Stein is **Granted** Leave to Appear Pro Hac Vice in this action.

SIGNED THIS 23rd day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE