United States District Court
Southern District of Texas
ENTERED
APR 0 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT  ★  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
APR 0 8 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ACEROS Y LAMINADOS SIGOSA, S.A. DE C.V. | § § § | |
| vs. | § § | CIVIL ACTION NO. B: 04-031 |
| DUFERCO S.A. AND DUFERCO STEEL, INC. | § § § | |

## Order Resetting Conference

The initial pre-trial conference set for *April 13, 2004,* has been reset to:

## April 26, 2004 at 1:45 p.m.

An attorney in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed on _April 8_, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge