United States District Court
Southern District of Texas
FILED

APR 26 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ACEROS Y LAMINADOS SIGOSA, S.A. DE C.V. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-031 |
| DUFERCO S.A. and DUFERCO STEEL, INC. | § § § | |

### DEFENDANTS' UNOPPOSED MOTION TO APPEAR FOR ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, DUFERCO, S.A. and DUFERCO STEEL, INC., Defendants in the above-entitled and numbered cause, by and through their designated attorney in charge, NORTON A. COLVIN, JR., and files this Unopposed Motion to Appear for Attorney-in-Charge and for cause would show the Court as follows:

I.

The undersigned hereby requests permission of this Honorable Court to allow Marjory C. Batsell of the firm of Rodriguez, Colvin, Chaney & Saenz, L.L.P to appear for the undersigned at the Initial Pretrial Conference hearing scheduled for April 26, 2004 at 1:45 p.m.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Honorable Court grant this Motion and for such other and further relief to which they may show themselves justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Norton A. Colvin, Jr. w/ permission
Attorney-in-Charge
State Bar No. 04632100
Southern Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

and

Robert P. Stein
*Admitted Pro Hac Vice*
GREENBERG TAURIG, LLP
885 Third Avenue
New York, New York 10022-4834
(212) 801-2100
Fax (212) 688-2449

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF CONFERENCE

Counsel for Defendants has conferred with Plaintiff's counsel on this date regarding the filing of this motion and Plaintiff's counsel does not oppose said motion.

_____
Norton A. Colvin, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

>David C. Garza
>Garza & Garza, LLP
>680 East St. Charles, Suite 300
>Post Office Box 2025
>Brownsville, Texas 78522-2025
>Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 26th day of April, 2004.

_____
Norton A. Colvin, Jr.