*16*

United States District Court
Southern District of Texas
ENTERED

APR 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ACEROS Y LAMINADOS SIGOSA , S.A. DE C.V. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-031 |
| DUFERCO S.A. and DUFERCO STEEL, INC. | § § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO APPEAR FOR ATTORNEY-IN-CHARGE

On the 26th day of April, 2004, came on for consideration Counsel for Defendants' Motion to Appear for Attorney-in-Charge, and the Court, having considered the motion, is of the opinion that said motion should be GRANTED.

It is therefore ORDERED that Marjory C. Batsell of the firm of Rodriguez, Colvin, Chaney & Saenz, L.L.P. is hereby permitted to appear on behalf of Defendants Duferco S.A. and Duferco Steel, Inc. at the Initial Pretrial Conference scheduled for April 26, 2004 at 1:45 p.m. in lieu of the attorney-in-charge, Norton A. Colvin, Jr.

SIGNED this 26 day of April, 2004 at Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE