*17*

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas  ■ Levesque |
| DATE | 04 — 26 — 04 |
| TIME | a.m. — a.m. / 1:46 p.m. — 1:56 p.m. |
| CIVIL ACTION | B — 04 — 31 |
| STYLE | ACEROS Y LAMINADOS SIGOSA *versus* DUFERCO S.A. DE C.V., ET AL |

United States District Court
Southern District of Texas
FILED
APR 2 6 2004
Michael N. Milby, Clerk of Court

### DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;     (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    David Garza
Attorney(s) for Defendant(s):    Marjory Batsell

---

*Ruling:* Defendant's Unopposed Motion to Appear for Attorney-in-Charge (Dkt.#15) ***Granted.***

Comments:

*Pending Motions to Compel Arbitration:*

**Defs:** Breach of k/warranty claim "arises out of" the k. Cites to Beiser, 284 F.3d 665 for support that this dispute relates to the underlying agreement.

**Pl:** they are asking for consequential damages, not for damages for the product itself. Under the agreement, any claims concerning quality are limited to 60 days. This is a narrow arbitration agreement. Even though there is a general policy of upholding arbitration agreements, still look to the k itself. In the absence of this arbitration agreement, the Court has no basis for federal jurisdiction.

**Defs:** Pl is arguing the product was defective, which is covered by the agreement. Sedco case is instructive. Defs do not understand how the omission of the phrase "in connection" could be dispositive.

*Ruling:* **Court took motion to compel arbitration and to remand under advisement** - written opinion to follow w/in the week.